SCAD-11-0000619

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

B. LADD M. UEOKA, Respondent.

ORIGINAL PROCEEDING
(ODC 09-066-8789)

<u>ORDER OF PUBLIC CENSURE</u>
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Upon consideration of the Report and Recommendation of the Disciplinary Board of the Hawai'i Supreme Court, the stipulated facts, and the evidence in the record, it appears that Respondent B. Ladd M. Ueoka negligently breached client confidences and failed to ensure the staff of his law offices complied with the professional duties of confidentiality, in violation of the Hawai'i Rules of Professional Conduct (HRPC) Rules 1.6, 5.3(b), 5.3(c) and 8.4(a). It further appears that Respondent Ueoka initially failed to cooperate with the Office of Disciplinary Counsel's investigation into the matter, in violation of HRPC Rule 8.1(b), 8.4(a), and 8.4(d), requiring the issuance of a subpoena to secure cooperation, and that Respondent Ueoka has three prior informal admonitions on his record, two for failing to cooperate with Office of Disciplinary Counsel

investigations.  Therefore, it appearing that Public Censure is warranted,

IT IS HEREBY ORDERED that Respondent B. Ladd M. Ueoka is Publicly Censured.

IT IS FURTHER ORDERED that Respondent Ueoka shall pay all costs of the proceedings as approved upon timely submission of a bill of costs as prescribed by the Rules of the Supreme Court of the State of Hawaiʻi Rule 2.3.

DATED: Honolulu, Hawaiʻi, September 14, 2011.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

2